UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL J. LANGE,<br><br>    Plaintiff,<br><br>vs.<br><br>C/O D. GRISSOM, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-00360-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 15)<br><br>**ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF AS MOOT** (Docs. 12 and 14) |

    Plaintiff Miguel J. Lange ("plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 6, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.  The Findings and Recommendations, filed January 6,
8 2006, is ADOPTED IN FULL; and,
9    2.  Plaintiff's motions for preliminary injunctive relief,
10 filed December 20, 2005 and December 29, 2005, are DENIED as
11 MOOT.

13 IT IS SO ORDERED.
14 **Dated:   March 3, 2006**                  /s/ Anthony W. Ishii
   0m8i78                                UNITED STATES DISTRICT JUDGE

2